**E-Filed 2/7/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>STMICROELECTRONICS, INC. et al.,<br><br>    Defendants. | Case Number C 05-05021<br><br>ORDER[1] RE LETTER OF FEBRUARY 3, 2006 |

On January 26, 2006, this Court stayed the proceedings in the instant case. On February 3, 2006, counsel for Plaintiff SanDisk Corporation ("SanDisk") filed a letter requesting that the Court clarify whether the stay applies only to Defendant STMicroelectronics, Inc. ("ST"), a Delaware corporation, or also to STMicroelectronics NV ("ST NV"), a Dutch corporation that has yet to be served with process, and whether the period for service of process on ST NV is tolled by the stay.

The Court clarifies that the stay applies to the entire action, and thus applies to both ST

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-05021
ORDER RE LETTER OF FEBRUARY 3, 2006
(JFLC1)

1   and ST NV.  However, without a response from Defendants, the Court is not in a position to
2   make an express determination as to whether the period for service of process on ST NV should
3   be tolled.  Accordingly, the Court requests that ST respond to the issues raised in SanDisk's letter
4   of February 3, 2006 on or before February 14, 2006.
5        IT IS SO ORDERED.

7   DATED:  February 7, 2006

                                     JEREMY FOGEL
                                     United States District Judge

Case No. C 05-05021
ORDER RE LETTER OF FEBRUARY 3, 2006
(JFLC1)

1  This Order has been served upon the following persons:

2  Julie M. Holloway            jholloway@wsgr.com

3  Russell L. Johnson           rljohnson@sidley.com, sheila.brown@sidley.com

4  Michael A. Ladra             mladra@wsgr.com

5  Matthew Laurence McCarthy    MLMcCarthy@sidley.com, kburke@sidley.com

6  James C. Yoon                jyoon@wsgr.com, abaranski@wsgr.com; nfurino@wsgr.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28