**E-Filed 2/17/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STMICROELECTRONICS, INC. et al.,<br><br>　　　　　Defendants. | Case Number C 05-05021 JF<br><br>ORDER[1] RE LETTER OF FEBRUARY 3, 2006 |

　　On January 26, 2006, this Court stayed the proceedings in the instant case. On February 3, 2006, counsel for Plaintiff SanDisk Corporation ("SanDisk") filed a letter requesting that the Court clarify whether the stay applies only to Defendant STMicroelectronics, Inc. ("ST"), a Delaware corporation, or also to STMicroelectronics NV ("ST NV"), a Dutch corporation that had yet to be served with process, and whether the period for service of process on ST NV was tolled by the stay. On February 7, 2006, this Court issued an order requesting a response from ST. On February 14, 2006, ST and ST NV filed a letter in which they stated that ST NV was

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-05021 JF
ORDER RE LETTER OF FEBRUARY 3, 2006
(JFLC1)

1 | served with process on January 22, 2006 and attached proof of service. Accordingly, the
2 | question raised by SanDisk is moot. The Court assumes that there no longer is a dispute between
3 | the parties regarding service of ST NV. However, if there is a genuine issue with respect to
4 | adequacy of service, this order is issued without any prejudice to that issue being raised in a
5 | subsequent motion.
6 |     IT IS SO ORDERED.

8 | DATED: February 17, 2006

11 | JEREMY FOGEL
    United States District Judge

1  This Order has been served upon the following persons:

| # | Name | Email |
|---|------|-------|
| 2 | Julie M. Holloway | jholloway@wsgr.com |
| 3 | Russell L. Johnson | rljohnson@sidley.com, sheila.brown@sidley.com |
| 4 | Michael A. Ladra | mladra@wsgr.com |
| 5 | Matthew Laurence McCarthy | MLMcCarthy@sidley.com, kburke@sidley.com |
| 6 | James C. Yoon | jyoon@wsgr.com, abaranski@wsgr.com; nfurino@wsgr.com |

3

Case No. C 05-05021 JF
ORDER RE LETTER OF FEBRUARY 3, 2006
(JFLC1)