1  Michael A. Ladra (SBN 64307)
   James C. Yoon (SBN 177155)
2  Steven S. Baik (SBN 184622)
   Monica Mucchetti Eno (SBN 164107)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, California 94304
5  Telephone:    650-493-9300
   Facsimile:    650-565-5100
6
7  Attorneys for Plaintiff SanDisk Corporation

8  Russell L. Johnson (SBN 53833)
   Edward V. Anderson (SBN 83148)
   Teague I. Donahey (SBN 197531)
9  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
10 San Francisco, California 94104
   Telephone:    415-772-1200
11 Facsimile:    415-772-7400

12 Attorneys for Defendants
   STMicroelectronics, Inc.
13 and STMicroelectronics N.V.

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                           SAN JOSE DIVISION

18 SANDISK CORPORATION,              )   Case No. C 04-4379 JF
                                     )   Case No. C 05-4691 JF
19              Plaintiff,           )   Case No. C 05-5021 JF
                                     )   Case No. C 06-0194 JF
20       vs.                         )
                                     )
21 STMicroelectronics, Inc., STMicroelectronics )   **STIPULATION TO REQUEST AN
   NV, and DOES I to X;              )   ORDER CHANGING TIME FOR
22                                   )   CASE MANAGEMENT
              Defendants.            )   CONFERENCE AND [PROPOSED]
                                     )   ORDER CONTINUING CASE
23                                   )   MANAGEMENT CONFERENCE
                                     )   PURSUANT TO CIV. L.R. 6-2(a)**
24                                   )
                                     )   CMC Date:    July 21, 2006
25                                   )   Time:        10:30 a.m.
                                     )   Court:       Hon. Jeremy Fogel
26 AND RELATED CASES                 )
                                     )
27                                   )

28
   ─────────────────────────────────────────────
              STIPULATION AND [PROPOSED] ORDER
        CONTINUING CASE MANAGEMENT CONFERENCE
   CASE NOS. C04-4379 JF; C05-4691 JF; C05-5021 JF; AND C06-0194 JF

1  WHEREAS the parties to the above-captioned related cases (Nos. C 04-4379 JF; C 05-4691 JF; C 05-5021 JF; and C 06-0194 JF) currently have a Case Management Conference for their four related cases scheduled for July 21, 2006;

4  WHEREAS, a conflict has arisen which renders lead counsel for SanDisk Corporation unable to attend the Case Management Conference on July 21, 2006;

6  WHEREAS, counsel for STMicroelectronics, Inc., STMicroelectronics NV are available on July 28, 2006 to attend a Case Management Conference;

8  WHEREAS, the change requested by the parties would only postpone the Case Management Conference in the related cases (two of which are presently stayed and one of which is pending dismissal) by one week;

11  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

Subject to the Court's approval, the Case Management Conference in related Case Nos. C 04-4379 JF; C 05-4691 JF; C 05-5021 JF; and C 06-0194 JF shall be rescheduled for July 28, 2006 at 10:30 a.m. before the Honorable Jeremy Fogel.

Dated: July 17, 2006                WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                    By: /s/   James C. Yoon
                                              James C. Yoon

                                    Attorneys for Plaintiff
                                    SanDisk Corporation


Dated: July 17, 2006                SIDLEY AUSTIN LLP

Dated: July 20, 2006
                                    By: /s/  Russell L. Johnson
IT IS SO ORDERED                              Russell L. Johnson

                                    Attorneys for Defendants
                                    STMicroelectronics, Inc.
                                    and STMicroelectronics N.V.

JEREMY FOGEL, U.S. DISTRICT JUDGE

-2-

**CERTIFICATION**

I, James C. Yoon, am the ECF User whose identification and password are being used to file the Joint Case Management Report in the above-listed related cases. In compliance with General Order 45.X.B, I hereby attest that counsel for ST Microelectronics, Inc. and ST Microelectronics, N.V. has concurred in this filing.

Dated: July 17, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/   James C. Yoon
        James C. Yoon

Attorneys for Plaintiff
SanDisk Corporation