\*\*E-filed 1/1/06\*\*

1  Michael A. Ladra (SBN 64307)
   James C. Yoon (SBN 177155)
2  Steven S. Baik (SBN 184622)
   Monica Mucchetti Eno (SBN 164107)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, California 94304
5  Telephone:    650-493-9300
   Facsimile:    650-565-5100
6
   Attorneys for Plaintiff SanDisk Corporation
7
   Russell L. Johnson (SBN 53833)
8  Edward V. Anderson (SBN 83148)
   Teague I. Donahey (SBN 197531)
9  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
10 San Francisco, California 94104
   Telephone:    415-772-1200
11 Facsimile:    415-772-7400

12 Attorneys for Defendants
   STMicroelectronics, Inc.
13 and STMicroelectronics N.V.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SANDISK CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>STMicroelectronics, Inc., STMicroelectronics NV, and DOES I to X;<br><br>            Defendants.<br><br>AND RELATED CASES | Case No. C 04-4379 JF<br>Case No. C 05-5021 JF<br><br>**STIPULATION TO REQUEST AN ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE AND [P~~ROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2(a)**<br><br>CMC Date:   October 27, 2006<br>Time:       2:00 p.m.<br>Court:      Hon. Jeremy Fogel |

**STIPULATION AND [PROPOSED] ORDER**
**CONTINUING CASE MANAGEMENT CONFERENCE**
**CASE NOS. C04-4379 JF; C05-5021 JF**

1  WHEREAS the Court has scheduled a Case Management Conference in the above-captioned
2  related cases (Case Nos. C 04-4379 JF and C 05-5021 JF), both of which are currently stayed, for
3  October 27, 2006 at 2:00 p.m.;
4  WHEREAS, the Case Management Conference was originally scheduled to be heard on
5  October 27, 2006 at 10:30 a.m., but was moved to 2:00 p.m. by a Clerk's Notice dated October 23,
6  2006;
7  WHEREAS, the parties do not believe that the status of the cases has changed appreciably
8  since the previous Case Management Conference was held on July 28, 2006;
9  WHEREAS, lead counsel for STMicroelectronics, Inc. and STMicroelectronics NV is not
10  available on October 27, 2006 at 2:00 p.m. to attend the rescheduled Case Management Conference
11  based on previously scheduled travel commitments;
12  WHEREAS, the parties jointly request that the Case Management Conference be continued
13  to January 26, 2007 at 10:30 a.m. or as soon thereafter as may be convenient for the Court;
14  IT IS HEREBY STIPULATED by and between the parties to this action through their
15  designated counsel as follows:
16  Subject to the Court's approval, the Case Management Conference in related Case Nos. C
17  04-4379 JF and C 05-5021 JF shall be rescheduled for January 26, 2007 at 10:30 a.m. before the
18  Honorable Jeremy Fogel.

| | |
|---|---|
| Dated: October 24, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: /s/   Michael A. Ladra<br>　　　　　　Michael A. Ladra |
| | Attorneys for Plaintiff<br>SanDisk Corporation |
| Dated: October 24, 2006 | SIDLEY AUSTIN LLP |
| | By: /s/  Russell L. Johnson<br>　　　　　Russell L. Johnson |
| | Attorneys for Defendants<br>STMicroelectronics, Inc.<br>and STMicroelectronics N.V. |

## **PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for October 27, 2006 at 2:00 p.m. is hereby continued until January 26, 2007 at 10:30 a.m.

Dated: October  24 , 2006

_____
Honorable Jeremy Fogel, District Judge

**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
Case Nos. C04-4379 JF; C05-5021**

## CERTIFICATION

I, Michael A. Ladra, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order in the above-listed related cases. In compliance with General Order 45.X.B, I hereby attest that counsel for ST Microelectronics, Inc. and ST Microelectronics, N.V. has concurred in this filing.

Dated: October 24, 2006                          WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation


                                                 By:  /s/   Michael A. Ladra
                                                             Michael A. Ladra

                                                 Attorneys for Plaintiff
                                                 SanDisk Corporation