Michael A. Ladra (SBN 64307)
James C. Yoon (SBN 177155)
Steven S. Balk (SBN 184622)
Monica Mucchetti Eno (SBN 164107)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone:   650-493-9300
Facsimile:    650-565-5100

Attorneys for Plaintiff SanDisk Corporation

Russell L. Johnson (SBN 53833)
Edward V. Anderson (SBN 83148)
Teague I. Donahey (SBN 197531)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:   415-772-1200
Facsimile:    415-772-7400

Attorneys for Defendants
STMicroelectronics, Inc.
and STM.icroelectronics N.V.

\*\*E-filed 1/17/07\*\*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SANDISK CORPORATION,<br><br>         Plaintiff,<br><br>   vs.<br><br>STMicroelectronics, Inc., STMicroelectronics N.V., and DOES I to X;<br><br>         Defendants.<br><br>AND RELATED CASES | Case No. C04-4379 JF<br>Case No. C05-5021 JF<br><br>**STIPULATION TO REQUEST AN ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2(a)**<br><br>CMC Date:   January 26, 2007<br>Time:           10:30 a.m.<br>Court:          Hon. Jeremy Fogel |

-2-

1   WHEREAS the Court has scheduled a Case Management Conference in the above-captioned
2   related cases (Case Nos. C 04-4379.1F and C 05-5021 JF), both of which are currently stayed, for
3   January 26, 2007 at 10:30 a.m.;
4   WHEREAS, these cases remain stayed and the parties do not believe that the status of the
5   cases has changed appreciably since the previous Case Management Conference was held on July
6   28, 2006;
7   WHEREAS, the parties jointly request that the Case Management Conference be continued
8   to April 27, 2007 at 10:30 a.m., or as soon thereafter as may be convenient for the Court;
9   IT IS HEREBY STIPULATED by and between the parties to this action through their
10  designated counsel as follows:
11  Subject to the Court's approval, the Case Management Conference in related Case Nos. C
12  04-4379 JF and C 05-5021 JF shall be rescheduled for April 27, 2007, at 10:30 a.m., before the
13  Honorable Jeremy Fogel.

1  Dated:  January 12, 2007                           WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation
2

3                                                     By:  /s/   Michael A. Ladra
                                                                 Michael A. Ladra
4
                                                      Attorneys for Plaintiff
5                                                     SanDisk Corporation

6
   Dated:  January 12, 2007                           SIDLEY AUSTIN LLP
7

8
                                                      By:  /s/   Russell L. Johnson
9                                                                Russell L. Johnson

10                                                    Attorneys for Defendants
                                                      STMicroelectronics, Inc.
11                                                    And STMicroelectronics N.V.

12

13                              **PROPOSED ORDER**

14      Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference scheduled

15 for January 26, 2007 at 10:30 a.m. is hereby continued until April 27, 2007 at 10:30 a.m.

16
   Dated:  January 16 , 2007
17                                                    Honorable Jeremy Fogel, District Judge

-3-
**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C04-4379 JF; C05-5021 JF**

## CERTIFICATION

I, Russell L. Johnson, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order in the above-listed related cases. In compliance with General Order 45.X.B, I hereby attest that counsel for SanDisk Corporation, Michael Ladra, has concurred in this filing.

Dated:  January 12, 2007                                  SIDLEY AUSTIN LLP


                                                          By:  /s/            Russell L. Johnson
                                                                              Russell L. Johnson

                                                          Attorneys for Defendant
                                                          STMicroelectronics, Inc.
                                                          And STMicroelectronics N.V.