1  Counsel are listed on signature page

**E-filed 4/24/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>STMicroelectronics, Inc., STMicroelectronics NV, and DOES I to X;<br><br>        Defendants.<br><br>AND RELATED CASES | Case No. C04-4379 JF<br>Case No. C05-5021 JF<br><br>**STIPULATION TO REQUEST AN ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2(a)**<br><br>CMC Date: April 27, 2007<br>Time:     10:30 a.m.<br>Court:    Hon. Jeremy Fogel |

1     WHEREAS the Court has scheduled a Case Management Conference in the above-captioned
2  related cases (Case Nos. C 04-4379.1F and C 05-5021 JF), both of which are currently stayed, for
3  April 27, 2007 at 10:30 a.m.;
4     WHEREAS, these cases remain stayed and the parties believe that the case should remain
5  stayed for approximately 60 more days;
6     WHEREAS, the parties jointly request that the Case Management Conference be continued
7  to June 29, 2007 at 10:30 a.m., or as soon thereafter as may be convenient for the Court;
8     IT IS HEREBY STIPULATED by and between the parties to this action through their
9  designated counsel as follows:
10     Subject to the Court's approval, the Case Management Conference in related Case Nos. C
11  04-4379 JF and C 05-5021 JF shall be rescheduled for June 29, 2007, at 10:30 a.m., before the
12  Honorable Jeremy Fogel.

-2-
**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C04-4379 JF; C05-5021 JF**

1  Dated: April 12, 2007                                   WILSON SONSINI GOODRICH & ROSATI
                                                           Professional Corporation
2

3                                                          By:  /s/   Michael A. Ladra
                                                                     Michael A. Ladra
4

5                                                          Attorneys for Plaintiff
                                                           SanDisk Corporation
6

7  Dated: April 12, 2007                                   SIDLEY AUSTIN LLP

8
                                                           By:  /s/   Russell L. Johnson
9                                                                    Russell L. Johnson

10                                                         Attorneys for Defendants
                                                           STMicroelectronics, Inc.
11                                                         And STMicroelectronics N.V.

12

13                                        **PROPOSED ORDER**

14       Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference scheduled

15  for April 27, 2007 at 10:30 a.m. is hereby continued until June 29, 2007 at 10:30 a.m.

16  Dated:  4/16/      , 2007
                                                           _____
17                                                         Honorable Jeremy Fogel, District Judge

-3-

**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C04-4379 JF; C05-5021 JF**

1

**<u>CERTIFICATION</u>**

2   I, Russell L. Johnson, am the ECF User whose identification and password are being used to

3 file the Stipulation and Proposed Order in the above-listed related cases. In compliance with General

4 Order 45.X.B, I hereby attest that counsel for SanDisk Corporation has concurred in this filing.

5

6   Dated:  April 12, 2007                                     SIDLEY AUSTIN LLP

7

8                                                              By:  /s/            Russell L. Johnson
                                                                         Russell L. Johnson

9                                                              Attorneys for Defendants
                                                               STMicroelectronics, Inc.
10                                                             And STMicroelectronics N.V

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C04-4379 JF; C05-5021 JF**