MICHAEL A. LADRA, State Bar No. 064307
mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
ARIANA M. CHUNG-HAN, State Bar No. 197572
achung@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, <br><br>　　　　Plaintiff and Counterdefendant, <br><br>　　v. <br><br>STMICROELECTRONICS, INC., a Delaware corporation, STMICROELECTRONICS N.V., a Dutch company, and DOES I to X, <br><br>　　　　Defendants and Counterplaintiffs. | Case No.: C 04-4379 JF <br> Related Case No.: C 05-5021 JF <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY PROTOCOL AND SERVICE OF DOCUMENTS** |

Plaintiff SanDisk Corporation ("SanDisk") and Defendants STMicroelectronics N.V. and STMicroelectronics, Inc. (collectively, "ST"), by and through their counsel, hereby stipulate to the following:

## I. EXPERT DISCOVERY PROTOCOL

1. No communications between counsel (or employees of counsel assisting counsel on the case) and experts occurring after such experts were retained or engaged by counsel or the respective parties for purposes of assisting with this case or International Trade Commission Investigation Nos. 337-TA-526 or 337-TA-560 (collectively, "the ITC Investigations") shall be the subject of discovery or inquiry at any hearing or trial in this case.

2. No notes taken by experts in the course of the preparation of their expert reports or in preparation for their deposition, hearing or trial testimony, drafts of expert reports or witness statements, or other types of preliminary work prepared by, or for, experts for this case or the ITC Investigations shall be the subject of discovery or inquiry at any hearing or trial in this case.

3. Paragraphs 1 and 2 shall not apply to any communications or documents upon which any expert intends to rely upon in support of any opinion or factual contention. Communications or documents upon which any expert intends to rely shall be subject to discovery and inquiry at any hearing or trial in this case.

## II. SERVICE OF DOCUMENTS

4. The parties agree to serve pleadings, motions, discovery and other documents by electronic means. Service of e-filed documents will be deemed effectuated by the court's e-filing system, and no duplicate e-mails are necessary. The following documents should be served via e-mail:

   a. documents that are filed in hard copy under General Rule 45 because of confidentiality, bulk or other (to the extent possible, voluminous exhibits may be sent via overnight delivery pursuant to paragraph 7);

   b. documents that are not filed with the Court, *e.g.*, local rule disclosures;

   c. written discovery and all responses thereto (excluding the production of documents, *see, infra*, paragraph 7); and

   d. correspondence.

5.  For other than e-filed documents, service shall be deemed proper and effective if the document is sent to:

**For SanDisk:**
mladra@wsgr.com;
jyoon@wsgr.com;
jholloway@wsgr.com;
achung@wsgr.com; and
rsmith@wsgr.com

**For ST:**
james.quarles@wilmerhale.com;
james.dowd@wilmerhale.com;
mark.selwyn@wilmerhale.com;
gregory.lantier@wilmerhale.com;
and
deborah.collela@wilmerhale.com

6.  When service has been properly effected through electronic delivery pursuant to paragraphs 4 and 5, no additional time for response shall be added as is otherwise permitted under Fed. R. Civ. P. 6(e). For purposes of calculating the response date of any pleading motion or other paper, the date of service shall be considered to be the date the e-mail transmission was sent to opposing counsel if such transmission was sent before 5:00 p.m. (Pacific Time). Otherwise, the date of service shall be the next business day following the transmission.

7.  To the extent that any pleading, motion, discovery, or other paper cannot be served by electronic means, (*e.g.,* the production of documents, service of voluminous exhibits for pleadings that are filed in hard copy with the Court), the serving party shall effectuate service via overnight delivery. When properly sent via overnight delivery, the date of service shall be the next business day after the pleading, motion, discovery, or other paper was sent. Any pleading, motion, discovery, or other paper send via overnight delivery must be addressed to:

**For SanDisk:**
Neal Furino
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

**For ST:**
Courtney Kelly
WilmerHale LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

| | | |
|---|---|---|
| 1 | Dated: January 16, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: __/s/ Ryan R. Smith__<br>Ryan R. Smith |
| 5 | | Attorneys for Plaintiff<br>SanDisk Corporation |
| 6 | | |
| 7 | Dated: January 16, 2008 | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| 8 | | |
| 9 | | |
| 10 | | By: __/s/ Gregory H. Lantier__<br>Gregory H. Lantier |
| 11 | | Attorneys for Defendants<br>STMicroelectronics, Inc.<br>and STMicroelectronics N.V. |

IT IS SO ORDERED.

Dated: 1/17/08

_____
Hon. Jeremy Fogel
United States District Judge

| | |
|---|---|
| 1 | I, Ryan R. Smith, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order. In compliance with General Order 45.X.B, I hereby attest that Gregory H. Lantier concurred in this filing. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Dated: January 16, 2008            WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | |
| 7 | |
| 8 | By:    /s/ Ryan R. Smith<br>        Ryan R. Smith |
| 9 | Attorneys for Plaintiff<br>SanDisk Corporation |
STIPULATION AND [PROPOSED] ORDER REGARDING    -1-
EXPERT PROTOCOL AND SERVICE OF DOCUMENTS

US1DOCS 6507827v1