UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br>    Plaintiff,<br><br>V.<br><br>STMICROELECTRONICS, INC.,<br>    Defendants. | Case No. CV-04-4379-JF<br><br>ORDER ADMINISTRATIVELY<br>CLOSING CONSOLIDATED ACTION |

On June 29, 2007 the above entitled matter was consolidated with case number CV-05-5021-JF. At that time, the Court deemed case number CV-04-4379-JF the lead case. In light of the consolidation, the clerk shall administratively close the following case: CV-05-5021-JF.

IT IS SO ORDERED.

Dated: August 28, 2008

_____
JEREMY FOGEL
United States District Judge